**FERGUSON v GASKILL, Admr et**

Ohio Appeals, 2nd Dist, Darke Co

No 419.   Decided Jan 25, 1933

Hughes & Rodgers for plaintiff in error.
Gaskill & Meaker, Greenville, and W. W. Teegarden, Greenville, for defendant in error, D. L. Gaskill, Admr.
Charles W. Folkerth, Dayton, for B. E. Harnish, et.

## BY THE COURT

Counsel for the plaintiff in error ask the court especially to certify that their judgment is in conflict with another judgment of the Court of Appeals in the case of **Stearnes v Brandeberry, 9 Oh Ap 300.** We undertook to distinguish the case of Stearnes v Brandeberry from the decision in the case at bar. We are of opinion therefore that the judgment for a certificate of conflict should be overruled. Application overruled.

ALLREAD, PJ, HORNBECK and KUNKLE, JJ, concur.